IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MILES PATOSKY, | § | |
| | § | No.  537, 2018 |
| Petitioner Below, | § | |
| Appellant, | § | Court Below:   Family Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | File No. CN10-02653 |
| REGGIE PATOSKY,[1] | § | Petition No. 17-33984 |
| | § | |
| Respondent Below, | § | |
| Appellee. | § | |

Submitted:   June 12, 2019
Decided:   June 18, 2019

Before **STRINE**, Chief Justice; **VALIHURA** and **VAUGHN**, Justices.

**O R D E R**

On this 18th day of June 2019, the Court having considered the this matter on the briefs filed by the parties has determined that the judgment of the Family Court should be affirmed on the basis of and for the reasons assigned by the Family Court in its order dated September 26, 2018.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Family Court is hereby **AFFIRMED.**

BY THE COURT:

/s/   James T. Vaughn, Jr.
Justice

---

[1] A pseudonym was assigned to each party on appeal pursuant to Supr. Ct. R. 7(d).